UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Enzon Pharmaceuticals, Inc., and Santaris Pharma A/S,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 10-412 (RBW) |
| **Hon. David J. Kappos**, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE REGARDING THE COURT'S ORDER TO SHOW CAUSE

Plaintiffs Enzon Pharmaceuticals, Inc. and Santaris Pharma A/S respectfully submit this Notice to provide the Court with information relevant to this Court's Order to Show Cause issued to Defendant on March 30, 2010.

The plaintiffs filed this action to preserve their rights to seek a patent term adjustment of U.S. Patent 7,589,190 pursuant to the opinion in *Wyeth v. Kappos*, no. 2009-1120, 591 F.3d 1364 (Fed. Cir. 2010), which found that the Patent Office had been mis-applying 35 U.S.C. § 154(b)(2)(A) in certain circumstances. Filing this preservation action was necessitated by the 180-day deadline in 35 U.S.C. § 154(b)(4)(A); however, the plaintiffs have not yet served the summons and complaint in this case.

The plaintiffs are currently seeking the same relief in two parallel administrative proceedings in the Patent Office which the plaintiffs believe will be successful, but which

proceedings have not yet been concluded due to delays in the Patent Office, presumably brought about by the backlog of *Wyeth*-related proceedings. *See* Complaint ¶¶ 23-24. If the Patent Office administratively grants the plaintiffs' desired relief before the deadline for service, the plaintiffs will be able to simply dismiss this action without need for consent from the defendant and without burdening the Court. If not, however, the plaintiffs will serve the summons and complaint and proceed with this action.

The plaintiffs do not object if this Court remands this action to the Patent Office, but the plaintiffs respectfully submit that such a remand will simply duplicate the administrative proceedings currently under way.

Finally, if the Court remands, the plaintiffs request that this Court retain jurisdiction so that the plaintiffs may again pursue this action if the Patent Office does not grant the plaintiffs their requested relief.

Dated: April 12, 2010

Respectfully submitted,

*/s/ Craig G. Falls*_____
Craig G. Falls (D.C. Bar No. 502368)
Robert W. Ashbrook, Jr.           Dechert LLP
Dechert LLP                       1775 I Street, NW
Cira Centre, 2929 Arch Street     Washington, DC  20006-2401
Philadelphia, PA  19104-2808      craig.falls@dechert.com
(215) 994-2215                    (202) 261-3373
*Of Counsel*                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Craig G. Falls, hereby certify that on April 12, 2010, I caused to be served via first class mail a true and correct copy of the foregoing Notice Regarding the Court's Order to Show Cause and the Notice of Electronic Filing upon:

Hon. David J. Kappos,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

*Defendant*

/s/ Craig G. Falls
Craig G. Falls, Esq.
DC Bar No # 502368
DECHERT, LLP
1775 I St., NW
Washington, DC  20006
Tel:     202-261-3373
Fax:    202-261-3034
craig.falls@dechert.com

*Counsel for Plaintiffs*